UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIXIN TAO,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　Defendants. | Case No. LA CV19-02675-JAK-AFMx<br><br><br>ORDER RE STIPULATION REQUESTING STAY OF PROCEEDINGS PENDING ADMINISTRATIVE ACTION (DKT. 30)<br><br>JS-6: Stayed/Inactive |

Based on a review of the parties' Stipulation Requesting Stay of Proceedings Pending Administrative Action (the "Stipulation") (Dkt. 30), certain good cause has been shown. The Stipulation is **GRANTED IN PART** as follows:

1. This matter is **STAYED** and placed on the Court's inactive calendar up through and including October 18, 2019, so that a determination as to Plaintiff's I-140 petition may be made by United States Citizenship and Immigration Services ("USCIS").

2. The parties' deadline to file a Joint Rule 16(b)/26(f) Report, and the Scheduling Conference set for August 26, 2019, are vacated.

3. No later than October 14, 2019, the parties shall filed either a notice of settlement, which shall include a date by which a dismissal will be filed, or a joint report stating the parties' collective and/or respective views as to the status of the USCIS proceedings and whether the stay of this action should remain in place.

IT IS SO ORDERED.

Dated: August 19, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE