|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HAIXIN TAO, | No. 2:19-cv-02675-JAK (AJRx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | **[JS6: CASE REMANDED TO ADMINISTRATIVE AGENCY]** |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Pursuant to the November 20, 2025 Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff's Form I-140 Petition ("Petition") is **REMANDED** to the U.S. Citizenship and Immigration Services ("USCIS") for further administrative proceedings in a manner that is consistent with the determinations in the November 20, 2025 Order.

2. USCIS shall adjudicate the remanded Petition within 90 days of this Order. If the Petition is approved on remand, USCIS shall adjudicate the pending Form I-485 Petitions of Plaintiff and his derivative beneficiaries within 45 days of the approval of the Petition, without undue delay and in accordance with applicable law.

3. The Court retains jurisdiction over this matter for any future appeals from the administrative proceedings before USCIS on remand. On the earlier of 90 days after the issuance this Order, or within 10 days of any material development in the adjudication of the remanded Petition, Defendants shall file a report regarding the status of the administrative proceedings on remand.

4. Plaintiff may file a motion or request for post-judgment remedies as provided in Fed. R. Civ. P. 54(d) and Local Rule 54.

**IT IS SO ORDERED.**

Date: December 16, 2025

_____
John A. Kronstadt
United States District Judge