# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIXIN TAO,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>      Defendants. | No. 2:19-cv-02675-JAK (AJRx)<br><br>**AMENDED JUDGMENT**<br><br>**[JS6: CASE REMANDED TO ADMINISTRATIVE AGENCY]** |

1

Pursuant to the November 20, 2025 Order and the February 17, 2026 Order, the Judgment issued December 16, 2025 ("Original Judgment") is **AMENDED** as follows.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      Pursuant to the Original Judgment, Plaintiff's Form I-140 Petition ("Petition") has been **REMANDED** to the U.S. Citizenship and Immigration Services ("USCIS") for further administrative proceedings in a manner that is consistent with the determinations in the November 20, 2025 Order.

2.      USCIS shall adjudicate the remanded Petition within 90 days of the Original Judgment. If the Petition is approved on remand, USCIS shall adjudicate the related Form I-485 Petitions of Plaintiff and his derivative beneficiaries within 45 days of the approval of the Petition, without undue delay and in accordance with applicable law.

3.      The Court retains jurisdiction over this matter for any future appeals from the administrative proceedings before USCIS on remand. On the earlier of 90 days after the issuance of the Original Judgment, or within 10 days of any material development in the adjudication of the remanded Petition, Defendants shall file a report regarding the status of the administrative proceedings on remand.

4.      Plaintiff is awarded $13,969.85 in attorney's fees pursuant to the Equal Access to Justice Act, consistent with the February 17, 2026, Order. Payment shall be made within 30 days of the entry of the February 17, 2026 Order.

**IT IS SO ORDERED.**

Date:  February 25, 2026        _____

John A. Kronstadt
United States District Judge

2